UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EDWIN KOMA AGEO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CAUSE NO. 3:26-CV-259-CCB-SJF

## ORDER

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on April 29, 2026. ECF 14. The court entered the order granting habeas relief on April 28, 2026. ECF 12.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 12) and to close this case.

SO ORDERED on May 4, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT